JS-6



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SUN DISTRIBUTING, INC., a California corporation, | Case No. 2:10-cv-02773-AHM-E |
| | **[PROPOSED] JUDGMENT** |
| Plaintiff, | [Hon. A Howard Matz] |
| vs. | |
| OASIS CORPORATION, a Nevada corporation; and MICHELLE IOVINO an individual | |
| Defendants. | |



Upon application of Plaintiff PACIFIC SUN DISTRIBUTING, INC., a California corporation, its memorandum of points and authorities in support, Declaration of Counsel and Declaration of Ray Davis demonstrating that Defendants, OASIS CORPORATION, a Nevada corporation; and MICHELLE IOVINO an individual, failed to plead or otherwise defend in this action, and that Defendants, OASIS CORPORATION, a Nevada corporation; and MICHELLE IOVINO an individual owe Plaintiff the sum of $$72,327.75 principal, plus prejudgment interest in the amount of $16,122.84, plus attorney's

1.

CHOATE AND CHOATE
2596 MISSION STREET
SUITE 300
SAN MARINO, CA 91108-1679
(213) 623-2297

ORIGINAL

1 | fees in the amount of $5,138.02, plus costs of $350.00,

2 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

3 |     1.    Defendants OASIS CORPORATION, a Nevada corporation; and

4 | MICHELLE IOVINO an individual are statutory trustees under

5 | Perishable Agricultural Commodities Act, and that during all times

6 | herein Defendants MICHELLE IOVINO was in a position to control the

7 | PACA trust assets that are the subject of this action.

8 |     2.    Said defendants' failure to pay the sums due to Plaintiff

9 | PACIFIC SUN DISTRIBUTING, INC., a California corporation, as set

10 | forth herein constitutes defalcation of the PACA trust while acting

11 | in a fiduciary capacity.

12 |     3.    Judgment is hereby entered in favor of Plaintiff PACIFIC

13 | SUN DISTRIBUTING, INC., a California corporation, and against

14 | Defendants OASIS CORPORATION, a Nevada corporation; and MICHELLE

15 | IOVINO an individual, jointly and severally, under the trust

16 | provisions of the Perishable Agricultural Commodities Act in the

17 | principal sum of $72,327.75 plus prejudgment interest of $1~~6,122.84~~ $5,062.94

18 | plus attorney's fees of $~~5,138.02~~ $4,695.63 and costs of $350.00 for a total

19 | amount of $~~83,938.61~~ $82,436.32.

20 | Dated: 10\25\10 _____

21 |

22 |                         _____

23 |                         United States District Judge

CHOATE AND CHOATE
2596 MISSION STREET
SUITE 300
SAN MARINO, CA 91108-1679
(213) 623-2297

2.